UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ERNEST EVANS, an individual, THE LAST TWIST
INC., a Pennsylvania for Profit Company and
THE ERNEST EVANS CORPORATION,
a Pennsylvania for Profit Company,

                              Plaintiffs,

          -against-

ANDY & EVAN INDUSTRIES, INC., a New York
Corporation, THE NEIMAN MARCUS GROUP, LLC,
a Delaware Limited Liability Company, NEIMAN
MARCUS GROUP LTD, LLC, a Delaware Limited
Liability Company,

                              Defendants.

----------------------------------------------------------------X

**ORDER**

1:16-cv-05729 (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/29/2017

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The parties in this action have reached a settlement agreement and consented to my jurisdiction. The parties shall have thirty days from the date of this Order to file a stipulation of dismissal and proposed injunction to this Court.

      SO ORDERED.

Dated:  August 29, 2017
           New York, New York

                                                KATHARINE H. PARKER
                                                United States Magistrate Judge